PROB 12C
(6/16)

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Report Date: July 19, 2024

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jul 22, 2024**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Jesse Lauren Van Orsow | Case Number: 0980 2:22CR00007-SAB-1 |
| Address of Offender: ▇▇▇▇▇▇▇▇▇▇▇▇ Spokane, Washington 99202 | |

Name of Sentencing Judicial Officer: The Honorable David C. Nye, Chief U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: April 9, 2019

| | | |
|---|---|---|
| Original Offense: | Travel With Intent to Engage in Illicit Sexual Conduct, 18 U.S.C. § 2423(b) | |
| Original Sentence: | Prison - 37 Months<br>TSR - 84 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Russell E. Smoot | Date Supervision Commenced: January 4, 2022 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: January 3, 2029 |

## PETITIONING THE COURT

**To issue a SUMMONS**.

On January 5, 2022, Mr. Jesse Van Orsow signed his conditions relative to case number 2:22CR00007-SAB-1, indicating he understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #13**: You must follow the instructions of the probation officer related to the conditions of supervision.<br><br>**Supporting Evidence**: Mr. Van Orsow is alleged to have violated standard condition number 13 by deleting content from his cellular telephone, occurring on or about July 17, 2024, in direct conflict with the undersigned officer's previous directives to not delete anything from the device without the approval of the undersigned officer, and specifically when such content had been flagged by his installed monitoring software.<br><br>Specifically, on July 17, 2024, automated notification was received from the client's installed cellular monitoring software, installed and imposed consistent with the Court's order, which served to document a conversation with a third party in which the party sent the client a text message stating, "Well you look like you will be a good slut in my collar and leash! The truth is I have little use of a lowly male slut like you but I am willing to see if you can be of use to me since my joy comes from humiliating, controling [Sic] and determining |

Prob12C
Re: Van Orsow, Jesse Lauren
July 19, 2024
Page 2

how much pain or pleasure he gets haha." The undersigned officer was also able to verify using monitoring software that the parties exchanged images during the exchange.

At 2:16 p.m., on July 17, 2024, Mr. Van Orsow was contacted and directed to report to the U.S. Probation Office by the undersigned officer to allow for discussion and a cellular telephone search to ensure his maintained compliance with his ordered conditions of supervised release. Mr. Van Orsow was not advised about the reason for the appointment. At 2:17 p.m., Mr. Van Orsow deleted the third party application from his telephone, which he had been using to facilitate discussion with the party in question, thereby destroying record of the conversation.

Mr. Van Orsow subsequently reported as directed and did allow for a search of his device in which no concerns were identified. Mr. Van Orsow was confronted about his decision to delete the application in question, and reminded of the multiple directives that he had been given by the undersigned officer in the past to not delete content from the device without officer approval, and specifically when the content had been flagged by monitoring software. Mr. Van Orsow admitted his awareness of the directives, and stated that he had deleted the application as he no longer felt maintaining access to the application was in his best interest.

The U.S. Probation Office respectfully recommends the Court **issue a SUMMONS** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 19, 2024

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

7/22/2024
Date