PROB 12C
(6/16)

Report Date: October 7, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 07, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jesse Lauren Van Orsow | Case Number: 0980 2:22CR00007-SAB-1 |
| Address of Offender: ▇▇▇▇▇▇▇▇▇▇ Spokane, Washington 99202 | |

Name of Sentencing Judicial Officer: The Honorable David C. Nye, Chief U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: April 9, 2019

| | | | |
|---|---|---|---|
| Original Offense: | Travel With Intent to Engage in Illicit Sexual Conduct, 18 U.S.C. § 2423(b) | | |
| Original Sentence: | Prison - 37 Months; TSR - 84 Months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Earl Allan Hicks | Date Supervision Commenced: | January 4, 2022 |
| Defense Attorney: | Amy H. Rubin | Date Supervision Expires: | January 3, 2029 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 7/19/2024.

On January 5, 2022, Mr. Jesse Van Orsow signed his conditions relative to case number 2:22CR00007-SAB-1, indicating he understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Standard Condition # 13**: You must follow the instructions of the probation officer related to the conditions of supervision. |
| | **Supporting Evidence**: Mr. Van Orsow is alleged to have violated standard condition number 13 by utilizing an unapproved dating application on or about October 4, 2024, in conflict with agreed upon instruction provided to him by the undersigned officer as previously occurring on September 26, 2024. |
| | Specifically, on September 26, 2024, Mr. Van Orsow reported to the U.S. Probation Office in Spokane to allow for a search to be conducted of his cellular device after installed monitoring software flagged a message received by him offering to sell him pornographic material and phone sex, in addition to other fetish related content. Upon searching the device, several images of a specific female in question were located as a part of the same text string, in which the individual was in various stages of undress and posing in a sexualized manner. While concerning, based on Mr. Van Orsow's conditions of supervised release, the content did not appear to show the party posing in a lascivious manner. |

Prob12C
Re: Van Orsow, Jesse Lauren
October 7, 2024
Page 2

Upon questioning, Mr. Van Orsow disclosed that he had met the individual through a dating application that he had downloaded, after which the party sent him the aforementioned content and text message without his permission and without request. It should be noted that this circumstance is not the first instance in which Mr. Van Orsow has indicated that he has received unsolicited content or text messages, potentially contrary to his conditions. Mr. Van Orsow has indicated that dating applications of ill repute, are often responsible for the circumstance that he has on several occasions found himself in.

In response to the ongoing and identified concern, Mr. Van Orsow and the undersigned officer engaged in dialogue as to how to address the concern. The result of the dialogue was that Mr. Van Orsow would only use two approved and reputable dating applications for the purpose of meeting other local community members. Mr. Van Orsow committed to the remedy and stated his understanding as to why the restriction had been put in place.

On October 3, 2024, automated notification was received from the subject's installed monitoring software, outlining the subject having searched for an address in South Spokane labeled as the Odyssey Youth Movement. On October 4, 2024, contact was made with Mr. Van Orsow with regard to the search, who indicated that he had picked up a friend from the location, indicating that he had met the individual using a dating and friendship application that he had not previously discussed with the undersigned officer. Mr. Van Orsow admitted that he had remembered the previous conversation between he and the undersigned officer as to his requirement to only use two previously approved dating applications, and admitted that the current application was not one that the parties had discussed.

3          **Special Condition # 11**: The defendant will not reside or loiter within 500 feet of schoolyards, parks, playgrounds, arcades or other places primarily used by children under the age of eighteen.

**Supporting Evidence**: Mr. Van Orsow is alleged to have violated special condition number 11 by traveling to the Odyssey Youth Movement center in South Spokane on October 3, 2024, where he picked up an alleged 20-year old female that he indicated that he recently met using a dating application.

Specifically, on October 3, 2024, the undersigned officer received automated notification from the subject's installed monitoring software that the subject had searched for the address of the Odyssey Youth Movement, located in South Spokane. Mr. Van Orsow was contacted, and indicated that he had searched the address, so that he could pick up a "friend" from the destination who he had recently met online. Mr. Van Orsow later clarified that he had not seen the name of the location while searching the address, but after again searching for the address in this officer's presence, the name of the center was prominently listed below the address, which Mr. Van Orsow acknowledged.

Mr. Van Orsow noted that he only parked across the street from the center upon arrival, while he waited for his friend to exit the establishment, a period of time that he estimated to be 15 seconds. Mr. Van Orsow described his friend as a 20-year-old female, whom he recently met online. A text message sent to the individual in question on October 7, 2024, requesting contact to verify Mr. Van Orsow's statements has thus far gone without response.

Prob12C
**Re: Van Orsow, Jesse Lauren**
October 7, 2024
Page 3

Mr. Van Orsow has since indicated his understanding as to why he needs to be more aware as to his location in the community, and why traveling to a youth center for any purpose would be prohibited. A description of the Odyssey Youth Movement located online describes the center as a "youth-led adult-supported organization committed to creating, sustaining, and advocating for affirming LGBTQ youth communities."

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 7, 2024

s/ Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_Stanley A. Bastian_
Signature of Judicial Officer

10/7/2024
Date